

## INVOICE

Invoice # 7801
Date: 04/14/2025
Due On: 05/14/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236

Katrasha Dyaune McClendon

## 05559-McClendon Katrasha Dyaune

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 11/25/2024 | Reviewed 1st Application for Compensation; reviewed Invoice; reviewed Affidavit; reviewed Proposed Order; drafted e-mail memo to VM with attached Affidavit for her to obtain TR's signature and notarize. | 0.40 | $0.00 | $0.00 |
| Service | CO | 11/25/2024 | Contact Debtor (Text/Email): Text debtor to request vehicles mileage. | 0.10 | $100.00 | $10.00 |
| Service | CO | 11/26/2024 | received email and text from debtor with their vehicles mileage; updated task. | 0.10 | $0.00 | $0.00 |
| Service | CO | 11/26/2024 | Drafted email to creditor with declaration page, the original request letter and the vehicles mileage. | 0.10 | $100.00 | $10.00 |
| Service | JC | 11/27/2024 | Reviewed e-mail memo from TR regarding Notice with Application, Exhibit A and proposed Order; reviewed e-mail memo from VM with attached Exhibit C - Affidavit; converted all documents to pdf format and separated to appropriate documents to prepare for upload to CertificateofService.com. | 0.20 | $0.00 | $0.00 |
| Service | JC | 11/27/2024 | Drafted certificate of compliance re: payment advices sent to Trustee, and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 11/27/2024 | Review: Proof of Claim 24-51583-KMS 1st Franklin Financial Corporation Document # 4 | 0.10 | $0.00 | $0.00 |

Invoice # 7801 - 04/14/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 11/27/2024 | Review: Proof of Claim 24-51583-KMS Rocket Mortgage, LLC fka Quicken Loans, LLC Document # 5 | 0.20 | $360.00 | $72.00 |
| Service | JC | 12/02/2024 | Reviewed Declaration of Mailing from CertificateofService.com and converted to e-filing format in preparation 21-Day Notice with attached Declaration, Application for Compensation, Exhibit A, Exhibit B, Exhibit C, and Proposed Order for filing with the Court. | 0.20 | $0.00 | $0.00 |
| Service | TR | 12/06/2024 | Attend Ch 13 Meeting of Creditors David Rawlings | 0.40 | $360.00 | $144.00 |
| Service | SA | 12/06/2024 | In-Office Conference: In office meeting of creditors | 0.70 | $0.00 | $0.00 |
| Service | JAC | 12/10/2024 | Review: Proof of Claim 24-51583-KMS Capital One, N.A. Document # 6 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 12/11/2024 | Review: Proof of Claim 24-51583-KMS MERRICK BANK Document # 7 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 12/12/2024 | Review: Proof of Claim 24-51583-KMS Quantum3 Group LLC as agent for Document # 8 | 0.10 | $0.00 | $0.00 |
| Service | TR | 12/17/2024 | Review: 24-51583-KMS Objection to Confirmation of the Plan Document# 17 | 0.10 | $360.00 | $36.00 |
| Service | TR | 12/17/2024 | Review and sign proposed order on obj to valuation by email | 0.10 | $360.00 | $36.00 |
| Service | TR | 12/21/2024 | Review: 24-51583-KMS Objection to Confirmation of the Plan Document# 21 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/02/2025 | Review: Proof of Claim 24-51583-KMS Atlas Acquisitions LLC Document # 9 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/02/2025 | Review: Proof of Claim 24-51583-KMS Atlas Acquisitions LLC Document # Amended 9 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/02/2025 | Review: Proof of Claim 24-51583-KMS First Tower Loan, LLC Document # 11 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/02/2025 | Review: Proof of Claim 24-51583-KMS First Tower Loan, LLC Document # 12 | 0.10 | $360.00 | $36.00 |

Invoice # 7801 - 04/14/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 01/02/2025 | Review: Proof of Claim 24-51583-KMS First Tower Loan, LLC Document # Amended 10 | 0.20 | $0.00 | $0.00 |
| Service | JAC | 01/02/2025 | Review: Proof of Claim 24-51583-KMS First Tower Loan, LLC Document # 10 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/02/2025 | Review: Proof of Claim 24-51583-KMS First Heritage Document # 13 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/02/2025 | Review: Proof of Claim 24-51583-KMS Toyota Motor Credit Corporation Document # 14 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 01/02/2025 | Review: Proof of Claim 24-51583-KMS Quantum3 Group LLC as agent for Document # 16 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/02/2025 | Review: Proof of Claim 24-51583-KMS Quantum3 Group LLC as agent for Document # 15 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/02/2025 | Review: Proof of Claim 24-51583-KMS Quantum3 Group LLC as agent for Document # 17 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/02/2025 | Review: Proof of Claim 24-51583-KMS Quantum3 Group LLC as agent for Document # 19 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/02/2025 | Review: Proof of Claim 24-51583-KMS Quantum3 Group LLC as agent for Document # 18 | 0.10 | $0.00 | $0.00 |
| Service | TR | 01/02/2025 | Review: 24-51583-KMS Order on Application for Compensation Document# 24 | 0.10 | $0.00 | $0.00 |
| Service | TR | 01/02/2025 | Review: 24-51583-KMS Order on Objection to Confirmation Document# 23 | 0.10 | $0.00 | $0.00 |
| Service | TR | 01/02/2025 | Review: 24-51583-KMS Notice of Postpetition Mortgage Fees, Expenses, and Charges Document# 27 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/02/2025 | Review: 24-51583-KMS Motion to Allow Late, Amended, or Supplemental Claim Document# 28 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/02/2025 | Review: 24-51583-KMS Order on Motion to Allow Late Filed/Amended or Supplemental Claim(s) Document# 29 | 0.10 | $360.00 | $36.00 |

Invoice # 7801 - 04/14/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 01/03/2025 | Review: Proof of Claim 24-51583-KMS First Tower Loan, LLC Document # Amended 10 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/03/2025 | Review: Proof of Claim 24-51583-KMS Jefferson Capital Systems LLC Document # 20 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/03/2025 | Review: Proof of Claim 24-51583-KMS Jefferson Capital Systems LLC Document # 21 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/03/2025 | Review: Proof of Claim 24-51583-KMS Resurgent Receivables, LLC Document # 22 | 0.10 | $0.00 | $0.00 |
| Service | TR | 01/06/2025 | Review: 24-51583-KMS Minute Entry (CHAP) Document# 31 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/07/2025 | Review: Proof of Claim 24-51583-KMS Jefferson Capital Systems LLC Document # 23 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/07/2025 | Review: Proof of Claim 24-51583-KMS Jefferson Capital Systems LLC Document # 24 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/07/2025 | Review: Proof of Claim 24-51583-KMS Jefferson Capital Systems LLC Document # 25 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/09/2025 | Review: Proof of Claim 24-51583-KMS Huntington National Management LLC Document # 26 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/10/2025 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $360.00 | $72.00 |
| Service | JAC | 01/29/2025 | Review: 24-51583-KMS Order Setting, Resetting, or Continuing a Hearing Document# 35 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/29/2025 | Review: 24-51583-KMS Request for Hearing/Status Conference Document# 34 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 02/27/2025 | Review: 24-51583-KMS Order on Objection to Confirmation Document# 37 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/04/2025 | Review: 24-51583-KMS Order Confirming Chapter 13 Plan Document# 39 | 0.10 | $360.00 | $36.00 |
| Service | BM | 03/19/2025 | Review: Proof of Claim 24-51583-KMS American Cash Advance Document # 27. | 0.10 | $155.00 | $15.50 |

Invoice # 7801 - 04/14/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 03/20/2025 | Review: 24-51583-KMS Objection to Claim with 30 day notice Document# 42 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/25/2025 | Review: 24-51583-KMS Amended Order Upon Employer Directing Deductions from Pay Document# 44 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 03/25/2025 | Review: 24-51583-KMS Trustee Correspondence Document# 43 | 0.10 | $360.00 | $36.00 |
| Service | JC | 03/26/2025 | Reviewed American Cash Advance POC; drafted Motion to Redact; drafted e-mail to JAC attaching both for her approval. | 0.30 | $155.00 | $46.50 |
| Service | JC | 03/26/2025 | Reviewed e-mail from JAC regarding Motion to Redact; revised American Cash Advance POC to redact same; drafted e-mail to VM/SA attaching Motion to be mailed to AMA today; prepared Motion, proposed redaction POC, and proposed Order for filing with the Court. | 0.50 | $155.00 | $77.50 |
| Service | CO | 03/31/2025 | Contact Debtor (Text/Email): Review: 24-51583-KMS Amended Order Upon Employer Directing Deductions from Pay; drafted email to debtor with a copy of the order. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 04/03/2025 | Review: 24-51583-KMS Objection to Claim with 30 day notice Document# 50 | 0.10 | $360.00 | $36.00 |
| Service | CO | 04/11/2025 | Call Debtor: Phone conference with debtor regarding the recent payment plan increase and the financial strain it is causing the debtor. Reviewed plan with debtor to confirm what secured debts are being paid through her plan. Discussed the possibility to surrender her vehicle and appeal to the court to buy a more reliable one and analyzing case to lower plan payments. | 0.40 | $100.00 | $40.00 |
| Service | TR | 04/11/2025 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |
| Service | JC | 04/14/2025 | Reviewed 1st Application, Order, and Invoice filed in case; reviewed trustee's site to determine amount of attorney's fees paid to date; began drafting 2nd Application for Compensation. | 0.20 | $155.00 | $31.00 |
| Service | JC | 04/14/2025 | Created draft invoice and gathered | 0.10 | $155.00 | $15.50 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | information to obtain cost of mailing estimate. |  |  |  |
|  | **Services Subtotal** |  |  | **$1,675.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 11/27/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $40.04 | $40.04 |
| Expense | 03/26/2025 | Filing Fee - Motion to Redact POC 27 | 1.00 | $28.00 | $28.00 |
| Expense | 04/14/2025 | Mailing Expense - Fee Application: Mailing Expense - 2nd Fee Application estimate | 1.00 | $33.80 | $33.80 |
|  |  | **Expenses Subtotal** |  |  | **$101.84** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 2.7 | $360.00 | $972.00 |
| Jennifer Curry Calvillo | Attorney | 1.2 | $0.00 | $0.00 |
| Thomas Rollins | Attorney | 1.2 | $360.00 | $432.00 |
| Thomas Rollins | Attorney | 0.2 | $0.00 | $0.00 |
| Shaton Andrews | Non-Attorney | 0.7 | $0.00 | $0.00 |
| Jacki Curry | Non-Attorney | 1.2 | $155.00 | $186.00 |
| Jacki Curry | Non-Attorney | 0.8 | $0.00 | $0.00 |
| Breanne McDaniel | Non-Attorney | 0.1 | $155.00 | $15.50 |
| Clara Ortega | Non-Attorney | 0.7 | $100.00 | $70.00 |
| Clara Ortega | Non-Attorney | 0.1 | $0.00 | $0.00 |
|  |  |  | **Subtotal** | **$1,777.34** |
|  |  |  | **Total** | **$1,777.34** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|

Invoice # 7801 - 04/14/2025

| | | | | |
|---|---|---|---|---|
| 7261 | 12/25/2024 | $2,314.90 | $0.00 | $2,314.90 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7801 | 05/14/2025 | $1,777.34 | $0.00 | $1,777.34 |
| | | | **Outstanding Balance** | **$4,092.24** |
| | | | **Total Amount Outstanding** | **$4,092.24** |

4/14/25, 3:06 PM                                                                 Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1** How many PAGES are in the document(s) you intend to upload?   `3`   pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2** How many parties will be receiving your documents?   `26`   parties
This is another way of asking how many envelopes will we have to stuff?

**3** We will print on both sides of the sheet.   `2`
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4** We will print your documents 1 page per side.   `1`

**Disclaimer & User Agreement:**

> By clicking on the 'Get Estimate' button below, you (hereafter "User") agree to the following terms and conditions. This quote is for estimation purposes and is not a guarantee of cost for services. Quote is based on current information from User about the mailing project requirements. It does not constitute a review by BK Attorney Services, LLC for pricing on the actual cost of mailing a particular project. Many factors may or may not be known at the time of obtaining the estimate.  Changes in addresses, changes in documents, international mail costs and other factors all influence the

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

| | 39 |  |
|---|---|---|
| Date and Time: | Mon Apr 14 2025 15:06:28 GMT-0500 (Central Daylight Time) | |
| Total Pages to Print: | 78 | |
| Sheets Per Envelope | 1.5 | |
| First Class Postage Rate | $ 0.73 | |
| Print Rate: | $ 0.19 | |
| Printing Cost: | $ | 14.82 |
| Postage Cost: | $ | 18.98 |
| Total Cost: | $ | 33.8 |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED